No. 03–1602. ARTICHOKE JOE'S ET AL. *v.* NORTON, SECRETARY OF THE INTERIOR, ET AL. C. A. 9th Cir. Certiorari denied.

No. 03–1603. BLUE CIRCLE, INC. *v.* GEORGIA DEPARTMENT OF REVENUE ET AL. Ct. App. Ga. Certiorari denied.

No. 03–1604. BASKIN *v.* RUTHERFORD COUNTY, TENNESSEE, ET AL. Sup. Ct. Tenn. Certiorari denied.

No. 03–1605. ARRINGTON *v.* SOUTHWESTERN BELL TELEPHONE CO. C. A. 5th Cir. Certiorari denied.

No. 03–1607. JOHNSON *v.* MCCULLAH ET AL. C. A. 3d Cir. Certiorari denied.

No. 03–1608. NORD *v.* BLACK & DECKER DISABILITY PLAN. C. A. 9th Cir. Certiorari denied.

No. 03–1609. PROVIDENCE HEALTH SYSTEM-WASHINGTON, DBA PROVIDENCE YAKIMA MEDICAL CENTER, DBA PROVIDENCE YAKIMA MEDICAL CENTER SKILLED NURSING FACILITY *v.* THOMPSON, SECRETARY OF HEALTH AND HUMAN SERVICES. C. A. 9th Cir. Certiorari denied.

No. 03–1611. COMMONWEALTH CONSTRUCTION MANAGEMENT, INC., ET AL. *v.* BOARD OF ZONING APPEALS OF FAIRFAX COUNTY, VIRGINIA, ET AL. Sup. Ct. Va. Certiorari denied.

No. 03–1612. AGUSTIN *v.* UNITED STATES. C. A. Fed. Cir. Certiorari denied.

No. 03–1613. LASHER *v.* LASHER. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 03–1614. MIN JIN *v.* METROPOLITAN LIFE INSURANCE CO. C. A. 2d Cir. Certiorari denied.

No. 03–1615. MCNEIL *v.* VERISIGN, INC., ET AL. C. A. 9th Cir. Certiorari denied.

No. 03–1616. KAUR *v.* ASHCROFT, ATTORNEY GENERAL. C. A. 9th Cir. Certiorari denied.